Dore, J.
(dissenting)/*\t¡The' leariied ’áí:''Special Term properly held that oh whs not f'es,olTévthet\pivóbabili'ty''dr ,'plátisibílítiy,''Of»'! the»»aBegtifionsyBut det'erminhtioti:'Should ‘await' trial.> He* also r<própérly. held'- that the complaint sufficiently sets forth a n'lisreprosentation -by suppression of facts and, de.cqptioln9,pp which the plaintiff .clearly relied, to support a cause of action for formal, fpa,ud.and depeit,; There i^ ,a.clear distinction. Between: (1). that which is false; i".&!1 ¿íTone.íiúV'tlibiigh' it 'ntá'y "Be/íh^gBdcT $mh;:'ázi!á‘,(2)% tiíat w3ii'¿li''ís* "íoríhally " fraúdillérit"; 'í.é.V üecess'áfilV;1'gbótitídéd' "oti 1 -oh'-) ií'V'w ;'¡ví -.ly.ií!»viví ¡v .ioir.iouv v oi
dissent hid 'til vote to' affirm.
[f, VppRHis,. ¡a,nd,^HiEnT^e,, JJ.^poiippivip. P,er: ,qpipiqp,J;,PqRE!, ,-J.,,di^spnts, #njd, vptes, -fcq aj^rm.,in; ,o,pip.iqn i,n j';',«,,Y,!o -,:/f tiY-'hf
bí^tdbr i ‘reversed,’' 5 with i$20 .'cbats; and. disbursements to ’.the appellahtiánd the -complaint .dismissed,' with- cosita ¡adid- judgment is directed- to be entered dismissing-.the- complaint. herein,- with: cbáts. d!<) \ 'VíoÍíí:Ei’>íí -.le.’/.men? v- o«A.;o-niifY vrorii'E ,->?<«{%